Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendants*
*LEFRAK ORGANIZATION, INC. and*
*HUDSON TOWERS HOUSING CO., INC.*

21 MC 102 (AKH)

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

---

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| MARILAN REYES, | Case No.: |
| --- | --- |
| Plaintiff, | 07-CV-5310 (AKH) |
| -against- | |
| BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., and THE RELATED COMPANIES, LP, | NOTICE OF APPEARANCE |
| Defendants. | |

TO:   THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

**PLEASE TAKE NOTICE**, that defendants, LEFRAK ORGANIZATION, INC. and HUDSON TOWERS HOUSING CO., INC. hereby appear in the above-entitled action. The undersigned have been retained as attorneys for said defendants and demand that all papers in this action be served upon the undersigned at the office and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
September 10, 2007

          Yours etc.,

          **HARRIS BEACH PLLC**

          _____
          Brian A. Bender, Esq. (BAB-0218)
          HARRIS BEACH PLLC
          *Attorney for Defendants*
          ***LEFRAK ORGANIZATION, INC. and***
          ***HUDSON TOWERS HOUSING CO., INC.***
          100 Wall Street, 23rd Floor
          New York, New York 10005
          (212) 687-0100

245992.1

|  |  |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARILAN REYES,<br><br>                                     Plaintiff,<br><br>            -against-<br><br>BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., ET AL.,<br><br>                                     Defendants. | Case No.:<br>07-CV-5310 (AKH) |

## NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC. and***
***HUDSON TOWERS HOUSING CO., INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100