Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

---

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARILAN REYES,

Plaintiff,

-against-

BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., and THE RELATED COMPANIES, LP,

Defendants.

Case No.:
07-CV-5310 (AKH)

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.**

**PLEASE TAKE NOTICE THAT** defendant, LEFRAK ORGANIZATION, INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). LEFRAK ORGANIZATION, INC. has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

WHEREFORE, LEFRAK ORGANIZATION, INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      September 10, 2007

                    Yours etc.,

                    **HARRIS BEACH PLLC**

                    Brian A. Bender, Esq. (BAB-0218)
                    HARRIS BEACH PLLC
                    *Attorney for Defendant*
                    ***LEFRAK ORGANIZATION, INC.***
                    100 Wall Street, 23rd Floor
                    New York, New York 10005
                    (212) 687-0100

245299.1

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARILAN REYES,

        Plaintiff,

-against-

BATTERY PARK CITY AUTHORITY, ET AL.,

        Defendants.

Case No.:
07-CV-5310 (AKH)

# NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100