UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER                 21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
MARILAN REYES,

                      Plaintiff,                   Index No.: 07 CV 05310

    -against-

THE RELATED COMPANIES, LP                      **NOTICE OF APPEARANCE**

                    Defendant.    **ELECTRONICALLY FILED**
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RELATED COMPANIES, L.P.**

I certify that I am admitted to practice in this court.

Dated:      New York, New York
             December 10, 2007

                                     LONDON FISCHER LLP

          By:          _____
                           Gillian Hines Kost (GK-2880)
                           59 Maiden Lane
                           New York, New York 10038
                           Phone: (212) 972-1000
                           Fax: (212) 972-1030

                           *Attorney for Defendant*
                           **THE RELATED COMPANIES, L.P.**

K: VGFutterman\WTC-Related\Plaintiff\Reyes\Pleadings\Notice of Appearance